UNITED STATES of America, Plaintiff—Appellee,

v.

Eric STUDWELL, Defendant—Appellant.

No. 08–7040.

United States Court of Appeals, Fourth Circuit.

Submitted: July 15, 2009.

Decided: Aug. 6, 2009.

Jenifer Wicks, The Law Offices of Jenifer Wicks, Washington, D.C., for Appellant. Dana J. Boente, Acting United States Attorney, Eric M. Hurt, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Studwell appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Studwell,* No. 4:04–cr00056–RBS–FBS–1 (E.D. Va. filed

May 2, 2008; entered May 7, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*